# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2021

Bridget M. McCormack,
Chief Justice

161248

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 161248
COA: 352341
Macomb CC: 2017-000598-FH

JOHN JOSEPH MURPHY, III,
        Defendant-Appellant.

_____/

By order of October 30, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the March 6, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



Clerk

b0125